Rene L. Valladares
Federal Public Defender
Nevada Bar No. 11479
Randolph M. Fiedler
Assistant Federal Public Defender
Nevada Bar No. 12577
randolph_fiedler@fd.org
411 E. Bonneville Ave., Ste. 250
Las Vegas, NV 89101
(702) 388-6577

Attorneys for Petitioner Francisco Garcia Espinoza

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Francisco Garcia Espinoza,

Petitioner,

v.

Todd Blanche, *et al.*,

Respondents.

Case No. 2:26-cv-02433-GMN-MDC

**Stipulation for Extension of Time to file First Amended Petition (First Request)**

On August 10, 2026, this Court appointed the Federal Public Defender to represent Petitioner Francisco Garcia Espinoza. ECF No. 3. Mr. Garcia Ezpinoza's Amended Petition is due today.

Because of obligations in other cases, petitioner's counsel has not been able to complete Mr. Garcia Espinoza's Amended Petition. Thus, counsel for Mr. Garia Espinoza requests an additional two weeks to complete his amended petition.

The parties stipulate that Mr. Espinoza Garcia's amended petition deadline be extended 14 days, to September 7, 2026.

Respectfully submitted this 24th day of August, 2026.

Todd Blanche
U.S. Attorney General of the United States
Sigal Chattah
First Assistant United States Attorney

*/s/Martin J. Mayer*
Martin J. Mayer
Special Assistant United States Attorney

Rene L. Valladares
Federal Public Defender

*/s/ Randolph M. Fiedler*
Randolph M. Fiedler
Assistant Federal Public Defender

**IT IS SO ORDERED.**

Dated this 25 day of August, 2026.

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT