Rene L. Valladares
Federal Public Defender
Nevada Bar No. 11479
Randolph M. Fiedler
Assistant Federal Public Defender
Nevada Bar No. 12577
Randolph_Fiedler@fd.org
411 E. Bonneville Ave., Ste. 250
Las Vegas, NV 89101
(702) 388-6577

Attorneys for Petitioner Francisco Garcia Espinoza

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Francisco Garcia Espinoza,

Petitioner,

v.

Todd Blanche, *et al.*,

Respondents.

Case No. 2:26-cv-02433-GMN-MDC

**Stipulation for Extension of Time to file Reply to Federal Respondents' Response to Amended Petition for Writ of Habeas Corpus (First Request)**

On September 8, 2026, Petitioner Francisco Garcia Espinoza filed an amended petition for writ of habeas corpus; on September 17, 2026, federal respondents filed their response. Mr. Garcia Espinoza's reply is due today, September 22, 2026.

Because of obligations in other cases—most notably a capital oral argument before the Ninth Circuit on September 29, 2026—petitioner's counsel has not been able to complete Mr. Garcia Espinoza's reply. Additionally, counsel for Mr. Garcia Espinoza needs to gather additional information before filing the reply, and has not had an opportunity to do so. Thus, counsel for Mr. Garcia Espinoza requests an additional 10 days to complete his reply up to and including October 2, 2026.

The parties stipulate that Mr. Espinoza Garcia's amended petition deadline be extended 10 days, to October 2, 2026.

Respectfully submitted this 22nd day of September, 2026.

Todd Blanche
U.S. Attorney General of the United States
Sigal Chattah
First Assistant United States Attorney

*/s/Martin J. Mayer*
Martin J. Mayer
Special Assistant United States Attorney

Rene L. Valladares
Federal Public Defender

*/s/ Randolph M. Fiedler*
Randolph M. Fiedler
Assistant Federal Public Defender

**DATED** this 23 day of September, 2026.

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT